EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | : |
| Plaintiff, *pro se*, | : |
| v. | : C.A. No. 1:11-cv-00585-GMS |
| ACS STATE AND LOCAL SOLUTIONS, INC. DELAWARE FIRST FCU, CHEX SYSTEMS, INC., and APPLIED BANK, | : JURY TRIAL DEMANDED |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is stipulated by and between Plaintiff Errick M. Wright ("Mr. Wright") and Defendant ACS State and Local Solutions, Inc. ("ACS") through Mr. Wright and undersigned counsel and pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted by Mr. Wright against ACS in the captioned proceeding are hereby dismissed with prejudice and without cost to any party.

ERRICK M. WRIGHT

/s/ Errick M. Wright
errickwright43@gmail.com
P.O. Box 1517
Wilmington, DE 19899
(302) 468-6149

*Plaintiff pro se*

PROCTOR HEYMAN LLP

/s/ Kurt M. Heyman (# 3054)
kheyman@proctorheyman.com
Dominick T. Gattuso (# 3630)
dgattuso@proctorheyman.com
Meghan A. Adams (# 4981)
madams@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7312

*Attorneys for ACS State and Local Solutions, Inc.*

SO ORDERED this 6th day of July, 2012.

_____
The Honorable Gregory M. Sleet