IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 11-585-GMS |
| | ) |
| APPLIED BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 27ᵗʰ day of _____, 2012, for the reasons set forth in the

Memorandum issued this date;

IT IS ORDERED that:

1. The defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) are **denied** as

moot. (D.I. 10, 16.)

2. The plaintiff's motion to amend is **denied**. (D.I. 26.)

3. The defendant Delaware First Federal Credit Union's motion for joinder is **denied** as

moot. (D.I. 47.)

4. The plaintiff's motion to withdraw defendants Applied Bank and Delaware First

Federal Credit Union is **granted** and they are **dismissed** as defendants. (D.I. 51.)

5. The Clerk of Court is directed to **close** the case.

_____

CHIEF, UNITED STATES DISTRICT JUDGE